Núm. 7889.—J. González & Co., S. en C., aplada. *v.* Aponte, aplte., y Falcón, Interventor y aplte.—C. D. Humacao. ■■ Junio 1, 1939.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

Por cuanto, la demandante y apelada ha radicado una moción en que solicita de nosotros que desestimemos los recursos de apelación interpuestos en el caso de autos por el demandado y por el interventor;

Por cuanto, los fundamentos que se aducen en apoyo de la desestimación son, con excepción de uno, los mismos que consideramos al dictar nuestra resolución del 25 de febrero de 1939 en este mismo caso. Véase *J. González & Co. v. Aponte,* 54 D.P.R. 391;

POR CUANTO, el único fundamento que entonces no se adujo y ahora sí, consiste en que la apelación es frívola, lo cual no surge claramente de los autos;

POR TANTO, no alegándose ahora nada nuevo que nos haga rectificar nuestro criterio, según lo expusimos en la mencionada resolución del 25 de febrero de 1939, y siendo de parecer que el recurso no es frívolo, procede declarar sin lugar la moción de desestimación.